UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 05-0149 MHP |
| ) | |
| Plaintiff, ) | **ORDER OF DISMISSAL** |
| ) | |
| v. ) | |
| ) | |
| CUATHEMOC CARILLO-ROSAS, ) | |
| ) | |
| Defendant. ) | |

UPON THE MOTION OF THE UNITED STATES OF AMERICA AND GOOD CAUSE APPEARING it is hereby ordered that this matter be dismissed..

Dated: 3/28/06

HON. JUDGE MARILYN HALL PATEL
United States District Court Judge